# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

REINALDO JOVEL HERNANDEZ,

      Plaintiff,

v.

LEXISNEXIS RISK SOLUTIONS
INC.,

      Defendant.

Case No. 1:23-cv-04374-ELR-JSA

# O R D E R

For good cause shown, the Defendant's Consent Motion for Extension of Time for Defendant LexisNexis Risk Solutions Inc. to Respond to Plaintiff's Complaint [5] is **GRANTED** as unopposed.  Defendant LexisNexis Risk Solutions, Inc. shall have until **December 4, 2023**, to respond to the Complaint.

**IT IS SO ORDERED** this 31st day of October, 2023.

_____

JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE